**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2324**

In re:  SHAPAT AHDAWAN NABAYA,

　　　　Petitioner.

On Petition for Writ of Mandamus.  (3:17-cr-00003-MHL-1)

Submitted:  May 20, 2021                          Decided:  May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Shapat Ahdawan Nabaya, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shapat Ahdawan Nabaya petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his March 2019 "Expedited Writ of Habeas Corpus Pursuant to 2255(a)," and his November 2020 "Motion to Buy Transcripts from Court Reporter," "Motion to Purchase Docket Sheet," and "Status Update." He seeks an order from this court directing the district court to act. We find that the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. Additionally, we deny Nabaya's motions for judicial notice of his claim against the district court judge, for an order directing the clerk to process summons, for default judgment, and for bail or release pending disposition of his mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*